UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TONY LIONEL LOVE,<br>    Plaintiff,<br><br>vs.<br><br>MARK SEVIER and<br>LT. STORMS,<br>    Defendants. | )<br>)<br>)   CASE NO. 1:22-cv-00811-JPH-MG<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DELIVERY OF SUPPLEMENTAL DISCOVERY RESPONSES
IN COMPLIANCE WITH THE COURT'S ORDER OF SEPTEMBER 10, 2024**

COME NOW the Defendants, Mark Sevier and Lt. Storms, by counsel, Joseph T. Lipps, and hereby notify the Court that Mr.Sevier has, on today's date, sent to Plaintiff, via U.S. Mail, his Supplemental Responses to Plaintiff's First Set of Interrogatories, all in an effort to comply with this Court's Order dated September 10, 2024 (ECF 72). Please see Exhibit A attached hereto for a copy of Mr. Sevier's responses.

Respectfully submitted,

By:   /s/ Joseph T. Lipps
      Joseph T. Lipps, Atty. No. 35936-89
      BBFCS ATTORNEYS
      27 North 8th Street
      Richmond, IN   47374
      Telephone: (765) 962-7527
      Facsimile: (765) 966-4597
      jlipps@bbfcslaw.com
      *Attorneys for Defendants, Mark Sevier and Lt. Storms.*

CERTIFICATE OF SERVICE

    I hereby certify that on the 24th day of September, 2024, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. N/A

    Further, I hereby certify that I have provided a copy of the foregoing to the following non-CM/ECF participant via United States Mail, first-class, postage prepaid, on this 24th day of September, 2024:

    Tony Lionel Love, DOC #127260  
    Indiana State Prison  
    Inmate Mail/Parcels  
    1 Park Row  
    Michigan City, IN  46360

    By    /s/ Joseph T. Lipps  
          Joseph T. Lipps